JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-1643 JVS (Ex) | Date | November 22, 2010 |
| Title | U.S. Bank National Association v. Enriquez | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers)**   Order Remanding Action

      On November 4, 2010, Defendant Luisa Enriquez ("Enriquez") was ordered to show cause in writing within ten days why the case should not be remanded to the Superior Court of the State of California for the County of Orange for lack of jurisdiction. (Docket No. 3)  The Court advised Enriquez: "**A failure to respond to this order will result in remand of this action to the Superior Court of the State of California**." (Id.; bold in original.)  Enriquez has not responded to the Order to Show Cause.

      The case is remanded to the Superior Court of the State of California for the County of Orange for lack of jurisdiction.

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |